IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHERWOOD V. GOOCH
ADC #68817                                                                                          PETITIONER

v.                                    No. 5:15-cv-56-DPM-JJV

WENDY KELLEY, Director, ADC                                                          RESPONDENT

ORDER

On *de novo* review, the Court adopts the recommendation as modified,* № 7, and overrules Gooch's objection, № 8. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Kelley's motion to dismiss, № 5, is granted.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 May 2015

---

*On page 3 of the recommendation, the citation to *Brown v. Stewart* should read *Burton v. Stewart*.