IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHERWOOD V. GOOCH
ADC #68817                                                              PETITIONER

v.                          No. 5:15-cv-56-DPM

WENDY KELLEY, Director, ADC                                RESPONDENT

## JUDGMENT

The petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 May 2015