IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHERWOOD V. GOOCH
ADC #68817                                                               PETITIONER

v.                              No. 5:15-cv-56-DPM

WENDY KELLEY, Director, ADC                                              RESPONDENT

ORDER

Gooch's motion for a certificate of appealability, № 11, is denied. This Court cannot exercise jurisdiction over Gooch's successive petition without first getting authority to do so from the United States Court of Appeals for the Eighth Circuit. 28 U.S.C. § 2244(b)(3)(A); *Burton v. Stewart*, 549 U.S. 147, 152-53, 157 (2007). The Court therefore declines to review the merits of Gooch's petition to decide whether he has made a substantial showing about the violation of a constitutional right. 28 U.S.C. § 2253(c)(2).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

8 June 2015